IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**MAURICE SCOTT,**

    **Defendant,**                                                  Case No. 03-cr-30224-DRH
================

**LABORERS' LOCAL 153,**

    **Garnishee.**

## ORDER

**HERNDON, District Judge:**

    Upon a Motion to Dismiss Garnishment (Doc. 20), filed by the United States of America, pursuant to **Federal Rules of Civil Procedure 41(a)(2)**, and for good cause shown, said Motion (Doc. 20) is hereby **GRANTED** and the Garnishment in this case is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

    Signed this 5th day of October, 2006.

                                                  /s/      David   RHerndon
                                                  **United States District Judge**