UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURICE SCOTT,

    Defendant,                      Case No. 03-cr-30224-001-DRH

===========================
GREATER ST. LOUIS CONSTRUCTION
LABORERS' PENSION FUND,

    Garnishee.

### GARNISHEE ORDER

**HERNDON, District Judge:**

        A Writ of Continuing Garnishment (Doc. 24), directed to Garnishee, Greater St. Louis Construction Laborers' Pension Fund, has been duly issued and served upon the Garnishee (*see* Doc. 29).  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer (Doc. 26) on October 25, 2006, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee is indebted to Defendant for a monthly retirement payment.

        On November 29, 2006, the Defendant was notified of his right to a

hearing (*see* Doc. 28)and has not requested a hearing to determine exempt property.

Therefore, the Court **ORDERS** Garnishee to pay 25% of the Defendant's monthly retirement payment to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois  62201.

**IT IS SO ORDERED.**

Signed this 29th day of December, 2006.

/s/      David   RHerndon
**United States District Judge**