IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**MAURICE SCOTT,**

    **Defendant,**                              Case No. 03-cr-30224-DRH

==========================
**GREATER ST. LOUIS CONSTRUCTION
LABORERS' PENSION FUND,**

    **Garnishee.**

## AMENDED GARNISHEE ORDER

**HERNDON, Chief Judge:**

        Upon being sentenced on June 4, 2004, defendant Maurice Scott was initially ordered to pay a $200.00 special assessment and $24,885.38 in restitution. The restitution was to be paid at a rate of $100.00 a month or 10% of Defendant's gross earnings, whichever was greater (Doc. 13). On October 31, 2006, the Court modified the conditions of Defendant's supervised release, noting that he had failed to make his restitution payments since July 7, 2005 (Doc. 27). Following, the Government moved for an order of continuing garnishment, seeking payment of 25%

of Defendant's monthly retirement benefits until the restitution amount is paid in full. Defendant was given the opportunity to request a hearing regarding the garnishment but did not request one. Therefore, the garnishee pension fund was ordered to pay 25% of Defendant's monthly benefits to the Court (an amount of $263.00 per month) (Doc. 30).

Defendant has now filed a Motion to Reduce Garnishment (Doc. 31), seeking to reduce his restitution payments to the amount originally ordered – $100.00 per month or 10% of his total earnings, whichever is greater. In his Motion, he claims that the amount of monthly garnishments of his earnings are making it impossible for him to afford the basic cost of living and are putting him behind on his rent, car payments, etc. The Government has not filed a Response addressing Defendant's request.

For good cause shown, the Court hereby **GRANTS** Defendant's Motion to Reduce Garnishment (Doc. 31). As such, the Court hereby **AMENDS** its previous Garnishee Order (Doc. 30), issued on December 29, 2006, and now **ORDERS** the Garnishee, Greater St. Louis Construction Laborers' Pension Fund, to pay **10%** of defendant Maurice Scott's monthly retirement payments to the Government (instead of the original 25%), and continue said payments until the debt to the Government is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**IT IS SO ORDERED.**

Signed this 30th day of December, 2008.

/s/     David R Herndon
**Chief Judge
United States District Court**