UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

**Plaintiff**

**v.**

**Maurice Scott,**

Case No. 03-CR-30224--DRH

**Defendant,**

=====================================
**Greater St. Louis Construction Laborers',**

**Garnishee.**

## ORDER

Upon motion of the United States of America (Doc. 41), pursuant to Rule 41(a)(2), FEDERAL RULES OF CIVIL PROCEDURE, and for good cause shown, it is hereby **ORDERED** that the Writ of Garnishment on Greater St. Louis Construction Laborers' in this cause be **DISMISSED, without prejudice**.

**IT IS SO ORDERED**.

Signed this 20th day of January, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.01.20 15:25:02 -06'00'

**United States District Judge**